# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand twenty-five.

Harinder Singh Basra,

    Petitioner,

v.

Pamela Bondi, United States Attorney General,

    Respondent.

**ORDER**

Docket No. 12-3296

This petition for review was dismissed and remanded to the Board of Immigration Appeals under the procedures set forth in <u>In the Matter of Immigration Petitions for Review Pending in the United States Court of Appeals for the Second Circuit</u>, 702 F.3d 160 (2d Cir. 2012).

On April 7, 2025, the Government filed a letter notifying this Court and Petitioner that the Government has resumed efforts to remove Petitioner and intends to accomplish that removal no sooner than April 28, 2025.

IT IS HEREBY ORDERED that the mandate is recalled and this petition for review is reinstated.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

