BIA
A078 725 336

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

———————————

 At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-five.

Present:
 Raymond J. Lohier, Jr.,
  *Circuit Judge.*

———————————————————————————

Harinder Singh Basra,

  *Petitioner*,                                           **ORDER**

   v.                                                     12-3296

Pamela Bondi, United States Attorney General,

  *Respondent*.

———————————————————————————

Petitioner moves for an emergency stay of removal in connection with his petition for review of a decision of the Board of Immigration Appeals. Respondent informs the court that it will not forbear from removal on or after April 28, 2025, absent a stay of removal. The pending motion will be considered by a three-judge panel in the ordinary course. To the extent Petitioner seeks a temporary stay pending review by a three-judge panel, the motion is DENIED. Petitioner may continue to litigate his petition if removed. *See Nken v. Holder*, 556 U.S. 418, 435 (2009). In the event of removal, Petitioner should provide his counsel with updated contact information.

   For the Court**:**
   Catherine O'Hagan Wolfe,
    Clerk of Court

