BIA
A078 725 336

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand twenty-five.

Present:
    Raymond J. Lohier, Jr.,
        *Circuit Judge*.

Harinder Singh Basra,

    *Petitioner*,  **AMENDED ORDER**

v.  12-3296

Pamela Bondi, United States Attorney General,

    *Respondent*.

Petitioner moves for an emergency stay of removal in connection with his petition for review of a decision of the Board of Immigration Appeals. Respondent informs the court that it will not forbear from removal on or after April 28, 2025, absent a stay of removal. The pending motion for a stay of removal will be considered by a three-judge panel in the ordinary course. To the extent Petitioner seeks a temporary stay pending review of his stay motion by a three-judge panel, the motion is DENIED. Petitioner may continue to litigate his petition if removed. *See Nken v. Holder*, 556 U.S. 418, 435 (2009). In the event of removal, Petitioner should provide his counsel with updated contact information.

For the Court:
Catherine O'Hagan Wolfe,
 Clerk of Court

